IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT LEROY SMITH,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1746

Opinion filed May 5, 2015.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Robert Leroy Smith, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DISMISSED.  <u>See</u> Fla. R. App. P. 9.141(d)(5).

WOLF, ROWE, and SWANSON, JJ., CONCUR.